PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
EDMUND DARCHER, WSBN 42906
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2662
      E-Mail: Edmund.Darcher@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RAY RODRIGUEZ-BORGES,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:23-cv-01574-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 13, 2024, up to and including June 12, 2024. This is the Defendant's first request for an extension.

Defendant requests this extension in good faith and with good reason. The instant case was recently reassigned to a new attorney for briefing under the supervision of the undersigned counsel for the Commissioner. Reviewing the new attorney will require a significant amount of time and work in addition to the work required on the undersigned's own cases. Defendant's undersigned counsel currently has two other district court briefs due the same week as this case, with a brief due to the Ninth Circuit Court of Appeals the prior business day. In addition to

briefing cases and training new attorneys, the undersigned counsel for the Commissioner has been tasked with additional duties specific to answering new complaints, with eight such assignments he has completed for the prior two weeks, which have resulted in three voluntary remands.  He therefore seeks an extension to allow more time to review the record in this case and respond appropriately to Plaintiff's Motion for Summary Judgment.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

               Respectfully submitted,

Dated: May 8, 2024      /s/  *Jonathan O. Pena**
               (*as authorized via e-mail on May 8, 2024)
               JONATHAN O. PENA
               Attorney for Plaintiff

Dated: May 8, 2024      PHILLIP A. TALBERT
               United States Attorney
               MATHEW W. PILE
               Associate General Counsel
               Social Security Administration

         By: /s/  *Edmund Darcher*
             EDMUND DARCHER
             Special Assistant U.S. Attorney

             Attorneys for Defendant

## **ORDER**

   Pursuant to the parties' stipulation (Doc. 16), IT IS ORDERED that Defendant shall have an extension, up to and including June 12, 2024, to respond to Plaintiff's Motion for Summary Judgment.  Plaintiff shall have up to and including June 26, 2024, to file the optional reply.

IT IS SO ORDERED.

Dated: **May 9, 2024**         /s/ *Sheila K. Oberto*
                UNITED STATES MAGISTRATE JUDGE